El Pueblo de Puerto Rico, demandante y apelado, v. Luis Cartagena, acusado y apelante.

No. 3147.—*Visto:* Mayo 10, 1927. *Resuelto:* Julio 26, 1927.

1. Armas—Portar Armas Prohibidas—Proceso y Castigo—Evidencia—Existencia del Arma.—Cuando ni se ocupa ni se presenta como prueba el arma, la prueba de su existencia debe ser clara y convincente.

2. Derecho Penal—Apelación y Error, y Certiorari—Revisión—Cuestiones Sobre las Pruebas—Apreciación de las Pruebas—Prueba Contradictoria.—No obstante ser contradictoria la prueba sobre la portación del arma por el acusado y haber sido el conflicto resuelto en contra de éste por la corte sentenciadora, si las declaraciones de cargo son inverosímiles y las de descargo lógicas y completas, puede y debe la corte de apelación revocar la sentencia recurrida.

Sentencia de *Rafael López Antongiorgi*, J. (Guayama), condenando al acusado por delito de Portar Armas. *Revocada* y absuelto el acusado.

*Fulgencio Piñero*, abogado del apelante; *José E. Figueras*, abogado de *El Pueblo*, apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Luis Cartagena fué acusado por el Fiscal ante la Corte de Distrito de Guayama de portar y conducir una pistola, arma con la cual puede causarse daño corporal, el 24 de junio de 1926. Hizo la alegación de no culpable y celebrado el juicio fué condenado a sufrir setenta y cinco días de cárcel, sin costas.

No conforme, apeló, señalando en su alegato un solo error: el cometido, a su juicio, por la Corte al apreciar la prueba.

[1, 2] En el acto de la vista declararon como testigos de cargo, Silverio Cabán, Domingo Cofresí y Felipe Suárez, y como testigos de defensa, Manuel Rivera, Rosa Piña, Luciano Stella, Manuel H. Haddock y el propio acusado.

Cabán dijo que el día mencionado en la acusación se encontró al acusado en Patillas conversando con unas profesoras; que se acercó a él y le dijo que cuándo le abonaba el dinero que le debía y le contestó "que nada tenía que ver conmigo, porque yo había puesto un abogado, y que allá el abogado; entonces yo le dije que viera que yo necesitaba ese dinero,

que hacían tres meses ya, y me dijo, 'bueno, yo no tengo nada que ver con usted', y entonces sacó una pistola''. Preguntado por el juez ''¿Qué hizo él con esa pistola después que la sacó?'' Contestó: ''Pues hizo para amagar conmigo y reculó para atrás, y al andar cuatro o cinco pasos para atrás, viró de frente y entró a correr.''

El testigo Cofresí dijo más que el perjudicado. Manifiesta que se encontraba con Cabán; que se separó para atender a una niñita y oyó que decían ''no lo mates, no lo mates y fuí para allá y ví al Sr. Luis Cartagena que tenía una pistola en la mano.'' Preguntado: ''¿Pero qué hizo él con la pistola, se quedó allí o qué hizo''? contestó: ''El la sacó, y como el otro estaba un poco alterado le dijo 'no te menees porque te voy a disparar'. Vuelto a preguntar: ''¿Entonces qué hizo, se quedó allí? Contestó: ''No señor, él corrió para atrás.''

El último testigo, Suárez, policía insular, manifestó que nada sabía sobre el caso.

Rivera, primer testigo de la defensa declaró que era profesor lo mismo que el acusado en Patillas; que el 24 de junio 1926, salió con el acusado para la casa de la profesora Ramira Torres, a llevarle ciertos informes, y cuando estaban en el balcón llegó Cabán en estado algo violento y le dijo a Cartagena: ''¿usted me va a pagar o no me va a pagar? Cartagena le contestó que eso estaba en manos de la Corte y entonces el señor Cabán, comprendiendo la debilidad de Mr. Cartagena le atacó; entonces Mr. Cartagena dió dos pasos atrás y corrió.'' Niega que Cartagena sacara arma alguna. Dijo que Cartagena tenía las manos ocupadas con las libretas que iba a entregar a la profesora Ramira Torres.

Rosa Piña dijo: ''Yo vi al señor Luis Cartagena con Manuel Rivera, con unas libretas allí frente a la casa de Rosa Torres, y salió este señor Cabán y le dijo que si le iba a pagar o qué hacía, y entonces Luis Cartagena le dijo 'tenga calma, en la Corte' y entonces ví que ese señor se le fué para encima a Luis Cartagena, y ví que Luis Cartagena echó a correr con unas libretas en la mano.'' Sometida a un largo interrogato-

rio, no sólo sostuvo su dicho sino que lo extendió haciendo referencia a palabras insultantes de Cabán para con el acusado.

Luciano Stella expresó haber visto al testigo de cargo Cofresí en otro sitio del pueblo el mismo día del suceso y alrededor de la misma hora y haberle oído preguntar a un señor Rivera "¿qué le pasa al *compai* Cabán?"

Manuel M. Haddock, Jefe de Distrito de la Policía Insular, informó que la conducta del acusado era buena y que sólo con motivo de esta causa había tenido que intervenir con él.

Ocupó la silla de los testigos finalmente el acusado y manifestó que al atardecer del 24 de junio salió con el profesor Rivera para llevarle unos informes a la profesora Ramira Torres y cuando "estaba yo dándole los informes oí al señor Cabán que me llamaba desde la calle con una voz altisonante que expresaba coraje: 'oiga señor Cartagena', entonces me dirigí donde él y me dice 'me vas a pagar o no me vas a pagar' y yo le dije: 'Bueno tenga calma' y me dice 'no, yo lo que quiero es saber si usted me va a pagar o no' y yo, como la profesión que tengo de maestro principal no me permitía rebajarme a tener ningún disgusto personal delante del público por una tontería, por una pequeña deuda que le debía y que se la reconocí . . . . . Le había pagado $300.00 de $370.00 y le dije: 'hágame una prórroga hasta el año que viene o admítame pagos parciales', y no pudo ser, y me demandó. Entonces el señor Cabán se abalanzó para donde mí, haciendo ademán para donde mí, y como yo había tenido noticias que este señor tenía una conducta poco honorable, que había estado en presidio, yo al pronto creí que iba a causarme daño personal, no quise disgusto con él y yo eché dos pasos hacia atrás, y entonces siguió él diciéndome 'so pícaro tú me vas a pagar de un modo u otro', y yo eché a correr y llegué a casa."

Niega que sacara pistola, ni que jamás la usara.

Esa fué en resumen, toda la prueba practicada. La hemos leído cuidadosamente y meditado sobre ella y a nuestro

juicio no obstante el gran peso que debe darse a la apreciación del juez sobre la credibilidad de los testigos especialmente en un caso como éste de evidencia contradictoria, debemos concluir que el error alegado existe.

El arma que se alega que portaba el acusado no fué ocupada.   Hemos resuelto que no es necesaria la presentación del arma portada como prueba, ni aún su ocupación, pero cuando ni se ocupa ni se presenta, la prueba de su existencia debe ser clara y convincente.

El perjudicado y Cofresí aseguran que el acusado sacó una pistola. Sólo la vieron en manos del acusado.   No tuvieron ocasión de inspeccionarla y cerciorarse de que era realmente una pistola.   No dijeron que el arma fuera disparada. Ninguna otra prueba afirmativa encuéntrase en los autos. Su existencia, por el contrario, fué negada por el profesor Rivera, Rosa Piña y el propio acusado.

La declaración del perjudicado es inverosímil.   No se explica que si era el acusado el que tenía el revólver, huyera. Él era fuerte.   Además de su brazo, tenía el arma.   No podemos concebir un caso semejante.   Igual consideración cabe con respecto a la declaración de Cofresí.   Además, estudiándola, se siente la impresión de que dice demasiado.   Manifestó que había oído las voces de "no lo mates, no lo mates"; no sabe por quién pronunciadas y que al llegar al sitio vió que Cartagena tenía el arma en la mano.   Y luego dice, refiriéndose al arma, "él la sacó."

La prueba de la defensa por el contrario es lógica y completa.   Se explica la huída a todo correr del acusado ante la actitud violenta de Cabán, cuyos antecedentes penales conocía.   Temió ser agredido y no era hombre pendenciero.   Más bien falto de valor y de energía.

*Debe revocarse la sentencia apelada y absolverse al acusado.*

Los Jueces Asociados señores Wolf y Aldrey disintieron.